IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICAH S. TRUE a/k/a MICAH SHANE TRUE ) <br> a/k/a MICAH TRUE, STEPHANIE M. TRUE ) <br> a/k/a STEPHANIE MARIE TRUE a/k/a ) <br> STEPHANIE TRUE, UNITED STATES OF ) <br> AMERICA, CITIFINANCIAL SERVICES, INC., ) <br> UNKNOWN OWNERS and NON-RECORD ) <br> CLAIMANTS, ) <br> ) <br> Defendants. ) | No. 11-cv-602-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff U.S. Bank National Association to dismiss the United States as a defendant pursuant to Federal Rule of Civil Procedure 42(a)(2), to remand this case to state court, and to cancel the status conference currently set for December 14, 2012 (Doc. 29).

The United States having no objection to the motion, the Court **GRANTS** the motion (Doc. 29) and **DISMISSES** the United States as a party to this case **without prejudice**. Furthermore, pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of judgment as to the claim between plaintiff U.S. Bank National Association and the United States. The Clerk of Court is **DIRECTED** to enter a Rule 54(b) judgment accordingly.

The remainder of this case is **REMANDED** to the Circuit Court for the Fourth Judicial Circuit, Marion County, Illinois, for all further proceedings, and the status conference currently set for December 14, 2012, is **VACATED**.

**IT IS SO ORDERED.**
**DATED: December 13, 2012**

                                                             s/ J. Phil Gilbert
                                                              **J. PHIL GILBERT**
                                                              **United States District Judge**