IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 11-cv-602-JPG-DGW |
| | ) |
| MICAH S. TRUE a/k/a MICAH SHANE TRUE a/k/a MICAH TRUE, STEPHANIE M. TRUE a/k/a STEPHANIE MARIE TRUE a/k/a STEPHANIE TRUE, UNITED STATES OF AMERICA, CITIFINANCIAL SERVICES, INC., UNKNOWN OWNERS and NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## RULE 54(B) JUDGMENT

This matter having come before the Court, plaintiff U.S. Bank National Association and defendant United States of America having settled the claim between them, and the Court having found no just reason for delay in entry of judgment on the claim involving the United States of America,

IT IS HEREBY ORDERED AND ADJUDGED that the claim of plaintiff U.S. Bank National Association against defendants United States of America is dismissed without prejudice.

The remainder of this case is remanded to the Circuit Court of the Fourth Judicial Circuit, Marion County, Illinois, for all further proceedings.

**DATED:** December 13, 2012                NANCY J. ROSENSTENGEL, Clerk of Court

s/ Jina Hoyt, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**